# United States District Court
## Southern District of Georgia

CONTRAVIOUS B. GRIER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 1:20-006

AUGUSTA UNIVERSITY/MEDICAL CENTER and
THE GEORGIA DEPARTMENT OF CORRECTIONS,
INC.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 19, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. This case is DISMISSED without prejudice, and this civil action stands CLOSED.

03/19/2020
*Date*



Scott L. Poff
*Clerk*

*Jara H. Burton*
*(By) Deputy Clerk*